IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM ALAN EDWARDS,

        Plaintiff,

    v.

"CONSERVATORSHIP" RONALD BRYANT,

        Defendant.
_____

Case No. 6:16-cv-02260-JR

FINDINGS AND RECOMMENDATION

RUSSO, Magistrate Judge:

      Pro se plaintiff William Alan Edwards, proceeding *in forma pauperis*, brings this action against "Conservatorship" Ronald Bryant. On March 14, 2017, the Court dismissed plaintiff's complaint pursuant to 28 U.S.C. § 1915(e) and advised plaintiff of its deficiencies. As such, the Court instructed plaintiff to file an amended pleading within 30 days of March 14, 2017, that complied with Fed. R. Civ. P. 8(a) or face dismissal of this action.

Page 1 – FINDINGS AND RECOMMENDATION

As of the date of this recommendation, plaintiff has not filed an amended complaint or otherwise lodged any pleadings or briefs with the Court. Accordingly, this action should be dismissed for failure to prosecute and to comply with court orders.

## RECOMMENDATION

This lawsuit should be DISMISSED without prejudice.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment or appealable order. The parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the court. Thereafter, the parties shall have fourteen (14) days within which to file a response to the objections. Failure to timely file objections to any factual determination of the Magistrate Judge will be considered as a waiver of a party's right to de novo consideration of the factual issues and will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to this recommendation.

IT IS SO ORDERED.

DATED this 23rd day of May 2017.

 s/Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge