IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

WILLIAM ALAN EDWARDS,

                              Plaintiff,

        v.

"CONSERVATORSHIP" RONALD BRYANT,

                              Defendant.

Case No. 6:16 CV 02260-JR

O R D E R

        Magistrate Judge Russo filed her Findings and Recommendation on May 23, 2017.
The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No
objections have been timely filed. This relieves me of my obligation to give the factual
findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Russo's Findings and
Recommendation.

        Dated this _13_ day of June, 2017.

                                        _____
                                        Ann Aiken, United States District Judge